## Julian *v.* Julian, Appellant.

Argued April 14, 1975. *Elmer S. Beatty, Jr.,* with him *Ecker and Ecker,* for appellant; *John A. Tumolo,* with him *Murray, O'Neill & Tumolo,* for appellee.

Order affirmed.